STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

**MEMO ENDORSED**

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

January 20, 2021

**By ECF**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Lyle Kamlet*, 15 Cr. 750 (KMK)

Dear Judge Karas:

I write in respect to Mr. Lyle Kamlet who Your Honor sentenced on February 28, 2017 principally to 39 months' imprisonment to be followed by a five year term of Supervised Release.

I am pleased to report that Mr. Kamlet served his prison term free of any infractions or discipline. Since he was released from custody in August 2019, he has been residing in The New Homestead, a senior residence home in Kew Gardens, NY. According to the owner, Steven Schonberger, he is a model resident. Mr. Kamlet's supervision was transferred to the sex offenders unit of the U.S. Probation, Eastern District of New York office, specifically Probation Officer Brian Kelly. He is mandated to attend First Light Psychological Services, individual, and group therapy on a regular basis.

I represent Mr. Kamlet in a pending SORA hearing in Queens County Supreme Court. In connection with this hearing I requested a detailed progress report from his treating therapist. I was informed by his Probation Officer that policy prohibits, absent a judicial memo endorsement, the release of his treatment records beyond a statement that he is fully compliant with the treatment plan. I discussed the issue with a supervisor in the Southern District of New York who suggested that the easiest way is to petition the Court. The information sought is

Hon. Kenneth M. Karas
Jan. 20, 2021
Page 2

germane to the SORA hearing. Mr. Kamlet has executed a HIPPA release for his medical records which is on file with First Light.

For these reasons, I request that Your Honor endorse this letter indicating that First Light Psychological Services provide to Mr. Kamlet, counsel and Queens Supreme Court a narrative of his treatment.

Best for the New Year!

Granted.

So Ordered.

1/20/21

Very truly yours,

James Roth, Esq.

cc:   AUSA John Collins
      U.S. Probation Officer Brian Kelly

JR/Kamlet/Ltr to Ct/Rqst Records Endrsmnt